1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HARRIS, ) | Case No. CV 05-8676 SVW(JC) |
| Petitioner, ) | (PROPOSED) ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| v. ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| SCOTT M. KERNAN, Warden, ) | JUDGE |
| Respondent. ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.[1] The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

---

[1]This Court declines to consider new arguments raised for the first time in Objections to the Magistrate Judge's Report and Recommendation. See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: March 3, 2010

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE